IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD SCHNEIDER**, | ) |
| Plaintiff, | ) ) ) |
| V. | ) Civil No. **08-544-DRH** |
| **PROTESTANT MEMORIAL MEDICAL CENTER**, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is the parties' joint motion for leave to extend the discovery deadline by two weeks, to May 15, 2009. **(Doc. 17).**

**IT IS HEREBY ORDERED** that, for good cause shown, the subject motion **(Doc. 17)** is **GRANTED**; all discovery shall be completed by **May 15, 2009**.

**IT IS SO ORDERED.**

DATED: April 30, 2009

                                           **s/ Clifford J. Proud**
                                           **CLIFFORD J. PROUD**
                                           **U. S. MAGISTRATE JUDGE**