IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD SCHNEIDER,

Plaintiff,

v.

PROTESTANT MEMORIAL MEDICAL
CENTER, INC., b/d/a MEMORIAL HOSPITAL
AND MEMORIAL CONVALESCENT CENTER,

Defendant.                                              No. 08-544-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's Motion for Extension of Time to File Opposition to Defendant's Motion for Summary Judgment (Doc. 25). Plaintiff has asked for an extension of time to respond to Defendant's Motion for Summary Judgment until after the Court issued an Order regarding Plaintiff's Motion to Strike (Doc. 22). Because the Court has now issued its Order (Doc. 26) on the Motion to Strike and also based on Plaintiff's reasons for requesting an extension, Plaintiff's motion for extension of time is **GRANTED**. Plaintiff shall file his Response to Defendant's Motion for Summary Judgment (Doc. 21) by **July 9, 2009**.

**IT IS SO ORDERED.**

Signed this 8th day of June, 2009.

/s/     David R Herndon

**Chief Judge**
**United States District Court**