IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD SCHNEIDER,

Plaintiff,

v.

PROTESTANT MEMORIAL MEDICAL
CENTER, INC.,

Defendant.                                                    No. 08-544-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiff Richard Schneider's motion for leave to file a sur-reply to Defendant's motion for summary judgment (Doc. 36). Plaintiff argues that Defendant raised two new legal arguments in its reply brief, and Plaintiff requests an opportunity to respond to those arguments. However, **LOCAL RULE 7.1(c)** provides in part: "Under no circumstances will sur-reply briefs be accepted." Thus, the Court **DENIES** Plaintiff's motion (Doc. 36).

**IT IS SO ORDERED.**

Signed this 10th day of August, 2009.

/s/   David R Herndon
**Chief Judge**
**United States District Court**